# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JULIE RAINWATER, individually and**
**on behalf of others similarly situation**                                     **PLAINTIFF**

vs.                                         4:10CV00116-WRW

**TOYOTA MOTOR SALES, USA, INC.**                                               **DEFENDANT**

## ORDER

Pending is the Joint Motion to Stay Proceedings (Doc. No. 4).

This is a products liability action involving Toyota automobiles. Defendants notified the Judicial Panel on Multidistrict Litigation that this case should be transferred to the Toyota multidistrict proceeding, once the JPML selects a transferee court.

For good cause shown, the Motion to Stay Proceedings is GRANTED. The stay is only in effect until the MDL panel issues its resolution. Accordingly, all proceedings in this Court are stayed until the Judicial Panel on Multidistrict Litigation makes its final determination as to whether this case is to be transferred to an MDL proceeding.

IT IS SO ORDERED this 4th day of March, 2010.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE